**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.redstate.com/alexparker/2019/02/22/alexandria-ocasio-cortez-billboard-times-square-job-creators-network/

