JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David McGlynn<br><br>　　　　Plaintiff,<br><br>v.<br><br>Salem Media Group, Inc.<br><br>　　　　Defendants. | Case No. CV 21-08073-AB (PDx)<br><br>**ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE**<br><br>(PURSUANT TO LOCAL RULE 41) |

　　　On November 5, 2021, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. (Dkt. No. 13.) A written response to the Order to Show Cause was ordered to be filed no later than November 19, 2021. (*Id.*) No response having been filed to the Court's Order to Show Cause,

　　//

　　//

1.

**IT IS ORDERED AND ADJUDGED** that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated:  November 23, 2021

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE